UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILAH MONIQUE MCCRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARY MCDUFFIE,<br><br>　　　　　Defendant. | Case No. 22-cv-03440-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 5 |

The Court has reviewed Judge Donna M. Ryu's Report and Recommendation regarding the complaint and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the complaint is dismissed with leave to amend. An amended complaint is due within 21 days of this order. If an amended complaint is not filed, dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: October 3, 2022

VINCE CHHABRIA
United States District Judge